UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: )
)
HERMAN DENNIS MOELLENHOFF, )
a/k/a DENNIS MOELLENHOFF )
)
   Debtor, )
) Cause No. 12-40544-A705
_____ )
)
CHARLES WEINREICH and ) Chapter 7
MARVIN WEINREICH, )
) Adversary No. 12-04099-705
   Plaintiffs, )
)
vs. )
)
HERMAN DENNIS MOELLENHOFF, )
a/k/a DENNIS MOELLENHOFF )
)
   Defendant. )

## PLAINTIFFS' DISMISSAL MEMORANDUM

Comes now Charles Weinreich and Marvin Weinreich, Plaintiffs in the above

entitled cause, by and through their counsel, Rene' E. Lusser, and hereby dismisses

the within cause of action, Counts I, II, and III, with prejudice at Plaintiffs' cost.

       Respectfully submitted,

       LUSSER, HUGHES & LUSSER

       By: _____
         Rene' E. Lusser, #17985
         Federal Registration #10914
         MO 17985MO
         Attorney for Plaintiffs
         400 N. 4th St., Suite 2410
         St. Louis, MO 63102
         241-2020/FAX: 241-2023
         lusser@att.net

I hereby certify that on October ___30___, 2012, a copy of the foregoing was served upon:

Mr. David M. Korum
Attorney for Defendant
222 S. Central, Suite 804
St. Louis, MO 63105

s/Rene' E. Lusser
Rene' E. Lusser, #17985MO
Federal Registration #10914
Attorney for Plaintiffs
400 N. 4th St., Suite 2410
St. Louis, MO 63102
241-2020/FAX: 241-2023
lusser@att.net

2