UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| HERMAN DENNIS MOELLENHOFF, ) | |
| a/k/a DENNIS MOELLENHOFF ) | |
| ) | |
| Debtor, ) | |
| ) | Cause No. 12-40544-A705 |
| ) | |
| CHARLES WEINREICH and ) | Chapter 7 |
| MARVIN WEINREICH, ) | |
| ) | Adversary No. 12-04099-705 |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| HERMAN DENNIS MOELLENHOFF, ) | |
| a/k/a DENNIS MOELLENHOFF ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFFS' DISMISSAL MEMORANDUM

Comes now Charles Weinreich and Marvin Weinreich, Plaintiffs in the above entitled cause, by and through their counsel, Rene' E. Lusser, and hereby dismisses the within cause of action, Counts I, II, and III, with prejudice at Plaintiffs' cost.

Respectfully submitted,

LUSSER, HUGHES & LUSSER

By: _____
Rene' E. Lusser, #17985
Federal Registration #10914
MO 17985MO
Attorney for Plaintiffs
400 N. 4th St., Suite 2410
St. Louis, MO 63102
241-2020/FAX: 241-2023
lusser@att.net

I hereby certify that on October 30th, 2012, a copy of the foregoing was served upon:

Mr. David M. Korum
Attorney for Defendant
222 S. Central, Suite 804
St. Louis, MO 63105

s/Rene' E. Lusser
Rene' E. Lusser, #17985MO
Federal Registration #10914
Attorney for Plaintiffs
400 N. 4th St., Suite 2410
St. Louis, MO 63102
241-2020/FAX: 241-2023
lusser@att.net

2